**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01534-CV

### JEFFREY BORDOK, Appellant

### V.

### KELCY WARREN, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12565**

## ORDER

Pending before this Court is appellant's petition for permissive appeal. By order dated January 31, 2019, we granted the parties' agreed motion and abated this proceeding while they pursued settlement negotiations. We **REINSTATE** this proceeding.

Before the Court is the status report filed by appellant. He informs the Court that the parties are in the final stages of settling this case and he requests that we abate the proceeding for an additional thirty days. We **GRANT** the request and **ORDER** appellant to file either a motion to dismiss this proceeding or a status report within thirty days.

We **ABATE** this proceeding for thirty days at which time it will be reinstated.

/s/     BILL WHITEHILL
JUSTICE